IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CONNIE RAY ISRAEL,**

    **Plaintiff,**

**v.**                                                       **Case No. 1:21-cv-82-AW-GRJ**

**MARK INCH, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Connie Ray Israel, a Florida inmate, filed this § 1983 case against Mark Inch and others. ECF No. 1. Because Israel's complaint—submitted under penalty of perjury—failed to list all of his previous cases, the magistrate judge recommends dismissal for abuse of the legal process. ECF No. 8. Israel has not filed any objections to the Report and Recommendation, but I have reviewed his motions for reconsideration (ECF Nos. 9, 11), which the magistrate judge denied (ECF Nos. 10, 12). I have treated those motions as objections, and I have considered de novo the issues they raise.

Israel does not appear to contend that he *did* list his prior cases as required. At any rate, I agree with the magistrate judge that he did not. Israel suggests that he later sent a letter to the clerk relating to another case—and that he identified the other cases in that letter. There is no indication that the letter was actually ever sent or received. But either way, Israel submitted a document omitting critical information.

1

As the magistrate judge explains, an inmate plaintiff's failure to disclose other litigation imposes burdens on the court. I agree with the magistrate judge that dismissal is appropriate.

The Report and Recommendation (ECF No. 8) is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for abuse of the judicial process." The clerk will then close the file.

SO ORDERED on October 28, 2021.

                                      s/ *Allen Winsor*
                                      United States District Judge